**JAMES E. JOHNSON**
*Corporation Counsel*



THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**NICHOLAS L. COLLINS**
*Assistant Corporation Counsel*
nicollin@law.nyc.gov
Phone: (212) 356-2331
Fax: (212) 356-3509

June 15, 2020

**By ECF**
Honorable Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re: <u>David Matthews v. City of New York, et al.</u>
            17-CV-6064 (ENV) (RML)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of James E. Johnson, Corporation Counsel of the City of New York, and the attorney assigned to represent Defendants City of New York, Sergeant Tran and Police Officers Sanchez and Musa in the above-referenced matter. Victor A. Carr, Esq. represents plaintiff in this matter. The parties write jointly, in accordance with Your Honor's Order, dated April 30, 2020, to update the Court on the status of depositions and settlement.

      The parties write to inform the Court that they are on the brink of a resolution in this matter. Over the past week, the parties have conferred in furtherance of settlement negotiations and hope to reach a settlement, in principle, at some point later during this week. The parties will file a letter update with the Court when a final decision is reached.

Thank you for your consideration herein.

>Respectfully submitted,
>
>/s *Nicholas L. Collins*_____
>
>Nicholas L. Collins
>Assistant Corporation Counsel
>Special Federal Litigation Division

cc: **VIA ECF**
Victor A. Carr, Esq.
*Attorney for Plaintiff*
88 Second Street
Mineola, NY 11501